# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

PARESH DOSHI and JITENDRA DOSHI,

    Plaintiffs,

vs.                                            Case No. 3:17-cv-308-J-34JRK

MAHENDRA F. DOSHI, et al.,

    Defendants.
_____/

# ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 39; Report), entered by the Honorable James R. Klindt, United States Magistrate Judge, on January 30, 2019. In the Report, Judge Klindt recommends that Defendants' Motion to Dismiss Amended Complaint (Dkt. No. 22; Motion) be denied. See Report at 11. No objections to the Report have been filed, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the finding or recommendations by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.  Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 39) is **ADOPTED** as the opinion of the Court.

2. Defendants' Motion to Dismiss Amended Complaint (Dkt. No. 22) is **DENIED**.

3. Defendants shall respond to the Amended Complaint no later than **March 5, 2019**.

**DONE AND ORDERED** in Jacksonville, Florida this 19th day of February, 2019.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record